**ORDERED** that plaintiff's motion for judgment on the agency record is denied in all respects; and it is further

**ORDERED** that this case is dismissed.

NSK LTD. and NSK Corporation; Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A.; NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corp., NTN Corporation, NTN Driveshaft, Inc. and NTN–Bower Corporation, Plaintiffs and Defendant–Intervenors,

Nippon Pillow Block Sales Co., Ltd. and FYH Bearing Units USA, Plaintiffs,

v.

UNITED STATES, Defendant,

The Torrington Company, Defendant–Intervenor and Plaintiff,

Honda Motor Co., Ltd., American Honda Motor Co., Inc., Honda of America Mfg., Inc. and Honda Power Equipment Mfg., Inc., Defendant–Intervenors.

Slip op. 98–11,
Court No. 95–03–00239.

United States Court of International Trade.

Feb. 4, 1998.

Order Amending Opinion March 24, 1998

### ORDER

TSOUCALAS, Judge.

Upon consideration of the remand results filed by the Department of Commerce on September 15, 1997; the comments upon the remand results filed by The Torrington Company and Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A.; and the motion of the United States for a further remand with respect to NTN's home market "sample and other similar transfers," it is hereby

ORDERED that the remand results are affirmed except with respect to NTN's "sample and other similar transfers," and it is further

ORDERED that the case is remanded to the Department of Commerce to exclude from NTN's home market database only

**124**

those "sample and other similar transfers" for which NTN received no consideration.

## ORDER

Upon consideration of the comments filed by the parties, and all other papers and proceedings herein, it is hereby

ORDERED that Slip Op. 98-11, issued on February 4, 1998, be amended pursuant to this order; and it is further

ORDERED that the case be remanded to the Department of Commerce to exclude from NTN's home market database only those "sample and other similar transfers"

for which NTN received no consideration; and it is further

ORDERED that the Department of Commerce shall conclude the determination pursuant to the Court remand within 60 days from the date of this order.

So ORDERED.